UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MOHAMMAD RAFIQ, )<br>)<br>Plaintiff, )<br>) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:16-CV-2922-G (BF) |
| CHIEF U.S. MARSHAL, ET AL., )<br>) | |
| Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

December 27, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**